```
1    Karthik K. Murthy (SBN 343960)
     Murthy IP Inc.
2    PO Box 15110
3    Mill Creek, Washington 98082
     Telephone: (425) 968-5342
4    Email: K@MurthyPatentLaw.com

5
     Andrew S. Curfman
6    (Pro Hac Vice forthcoming)
     Sand, Sebolt & Wernow Co., LPA
7    Aegis Tower – Suite 1100
8    4940 Munson Street NW
     Canton, Ohio 44718
9    Telephone: (330) 244-1174
10   Email: andrew.curfman@sswip.com

11
     Attorneys for Plaintiff
12   WAVE LINX LLC
```

13
14                     **IN THE UNITED STATES DISTRICT COURT**
                       **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
15                                  **WESTERN DIVISION**

| | |
|---|---|
| 16  **WAVE LINX LLC,** | |
| 17           Plaintiff, | Civil Action No.: 2:22-cv-08555-AB-MRW |
| 18 | |
| 19      v. | **TRIAL BY JURY DEMANDED** |
| 20  **CONVOSO, INC.,** | |
| 21           Defendant. | |

22
23                    **JOINT STIPULATION OF DISMISSAL**

24       Plaintiff Wave Linx LLC and Defendant Convoso, Inc., by and through their

25   undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly
26
27   stipulate and agree to dismiss all claims against Defendant Convoso, Inc. WITH
28

---
1
JOINT STIPULATION OF DISMISSAL

PREJUDICE and all counterclaims against Plaintiff Wave Linx LLC WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated: March 8, 2023

Respectfully submitted,

*/s/ Karthik K. Murthy*
Karthik K. Murthy (SBN 343960)
Murthy IP Inc.
PO Box 15110
Mill Creek, Washington 98082
Telephone: (425) 968-5342
Email: K@MurthyPatentLaw.com

Andrew S. Curfman
(*Pro Hac Vice forthcoming*)
Sand, Sebolt & Wernow Co., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Email: andrew.curfman@sswip.com

ATTORNEYS FOR PLAINTIFF

*/s/ Michael R. Headley*
Michael R. Headley (SBN 220834)
headley@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 533-4240
Facsimile: (858) 678-5099

ATTORNEY FOR DEFENDANT

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 8, 2023, to all counsel of record who is deemed to have consented to electronic service via the Court's CM/ECF system.

                                                      */s/ Karthik K. Murthy*
                                                      Karthik K. Murthy